# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

---

DOUGLAS TWEED; ANGELA MARTIN; JAMES
PHILLIP MIKLES; DARLASSA GARTH; WILLIAM
QUILLIN; GLENN RUNG; BERTRAND MILES; CRAIG
BENNETT; ROBIN REED; JAMES MINNEY; JOLYN
LOVE; LORENZA RISLEY; NICHOLAS GUNTER; JERRI
GREEN; ADAM KINDER; NICHOLAS LEON; CLARA
CRAWL-MARTIN; SHEP SURLES; CHARLES FLICK;
LAMICA STRONG; TIMOTHY KURTZ; REBECCA
MOORE; TERRY MILLETT; ALISHA COTTRELL;
DARREL MCINTURSS; DANIEL FRAZIER; EDWARD
HEMPHILL; TERRY FOSTER; VAN BARR; EDWARD
CROSBY; AIRTON MANDARINO; THOMAS
HAWKINS; MATTHEW THOMPSON; SANDRA
HAWLEY; THOMAS PATTEN; PAUL DROS; SHARON
JACKSON; JACK PELLERIN; GREGORY CHING; ANNE
SEARS; CHESTER MCCURDY; PAUL SPURLOCK;
SANDRA KIESER; RICHARD PARKER JR.; RONALD
EVANS; MICHAEL EVANS; CHARLES MOON;
JESSICA BROZDA; NELSON MATIAS; DENNIS SMITH;
HENRY MAYE; ROSA JEFFERSON; RANDY ENGLE;
CHRISTOPHER WAGNER; LEONARDO MATOS;
ROCCO MORRA; CARTER MYERS JR.; GREGORY
CRAWFORD; CRAIG BARRAS; JERRY NICHOLS; AND
RAMON ARMENDARIZ,

    *Plaintiffs,*

 -*vs* -

THE 3M COMPANY, f/k/a Minnesota Mining and
Manufacturing Co.;
AGC CHEMICALS AMERICAS INC.;
AMEREX CORPORATION;
ARKEMA INC.;
ARCHROMA U.S. INC.;
BASF CORPORATION, individually and as successor in
interest to Ciba Inc.;
BUCKEYE FIRE EQUIPMENT COMPANY;

Index No. _____/2023

**COMPLAINT AND DEMAND
FOR JURY TRIAL**

Trial by jury is desired in the
County of New York

Venue is designated pursuant to
CPLR § 503(a) & (c) in that the
causes of action occurred in this
county.

CARRIER FIRE & SECURITY AMERICAS
CORPORATION, f/k/a UTC Fire & Security Americas
Corporation;
CARRIER FIRE & SECURITY CORPORATION, f/k/a
UTC Fire & Security Corporation;
CARRIER GLOBAL CORPORATION;
CHEMDESIGN PRODUCTS INC.;
CHEMGUARD INC.;
CHEMICALS, INC.;
CLARIANT CORPORATION, individually and as successor
in interest to Sandoz Chemical Corporation;
CORTEVA, INC., individually and as successor in interest to
DuPont Chemical Solutions Enterprise;
DEEPWATER CHEMICALS, INC.;
DUPONT DE NEMOURS INC., individually and as
successor in interest to DuPont Chemical Solutions
Enterprise;
DYNAX CORPORATION;
E. I. DUPONT DE NEMOURS AND COMPANY,
individually and as successor in interest to DuPont Chemical
Solutions Enterprise;
NATION FORD CHEMICAL COMPANY;
NATIONAL FOAM, INC.;
THE CHEMOURS COMPANY, individually and as
successor in interest to DuPont Chemical Solutions
Enterprise;
THE CHEMOURS COMPANY FC, LLC, individually and
as successor in interest to DuPont Chemical Solutions
Enterprise;
TYCO FIRE PRODUCTS, LP, individually and as successor
in interest to The Ansul Company; and
DOE DEFENDANTS 1-20, fictitious names whose present
identities are unknown,

     *Defendants.*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs; DOUGLAS TWEED; ANGELA MARTIN; JAMES PHILLIP MIKLES;

DARLASSA GARTH; WILLIAM QUILLIN; GLENN RUNG; BERTRAND MILES; CRAIG

BENNETT; ROBIN REED; JAMES MINNEY; JOLYN LOVE; LORENZA RISLEY;

NICHOLAS GUNTER; JERRI GREEN; ADAM KINDER; NICHOLAS LEON; CLARA

2

2:23-cv-04180-RMG      Date Filed 07/28/23      Entry Number 1-1      Page 4 of 39

CRAWL-MARTIN; SHEP SURLES; CHARLES FLICK; LAMICA STRONG; TIMOTHY

KURTZ; REBECCA MOORE; TERRY MILLETT; ALISHA COTTRELL; DARREL

MCINTURSS; DANIEL FRAZIER; EDWARD HEMPHILL; TERRY FOSTER; VAN BARR;

EDWARD CROSBY; AIRTON MANDARINO; THOMAS HAWKINS; MATTHEW

THOMPSON; SANDRA HAWLEY; THOMAS PATTEN; PAUL DROS; SHARON JACKSON;

JACK PELLERIN; GREGORY CHING; ANNE SEARS; CHESTER MCCURDY; PAUL

SPURLOCK; SANDRA KIESER; RICHARD PARKER JR.; RONALD EVANS; MICHAEL

EVANS; CHARLES MOON; JESSICA BROZDA; NELSON MATIAS; DENNIS SMITH;

HENRY MAYE; ROSA JEFFERSON; RANDY ENGLE; CHRISTOPHER WAGNER;

LEONARDO MATOS; ROCCO MORRA; CARTER MYERS JR.; GREGORY CRAWFORD;

CRAIG BARRAS; JERRY NICHOLS; AND RAMON ARMENDARIZ, ("Plaintiffs"), by and

through the undersigned counsel, hereby files this Complaint against Defendants, 3M COMPANY,

f/k/a Minnesota Mining and Manufacturing Co., AGC CHEMICALS AMERICAS INC.,

AMEREX CORPORATION, ARKEMA INC., ARCHROMA U.S. INC., BASF

CORPORATION, BUCKEYE FIRE EQUIPMENT COMPANY, CARRIER FIRE & SECURITY

AMERICAS CORPORATION, CARRIER FIRE & SECURITY CORPORATION, CARRIER

GLOBAL CORPORATION, CHEMDESIGN PRODUCTS INC., CHEMGUARD INC.,

CHEMICALS, INC., CLARIANT CORPORATION, CORTEVA, INC., DEEPWATER

CHEMICALS, INC., DUPONT DE NEMOURS INC., DYNAX CORPORATION, E. I.

DUPONT DE NEMOURS AND COMPANY, NATION FORD CHEMICAL COMPANY,

NATIONAL FOAM, INC., THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC,

LLC, and TYCO FIRE PRODUCTS, LP, and DOE DEFENDANTS 1-20, fictitious names whose

3

2:23-cv-04180-RMG       Date Filed 07/28/23       Entry Number 1-1       Page 5 of 39

present identities are unknown (collectively "Defendants") and alleges, upon information and belief, as follows:

## INTRODUCTION

1.      This action arises from the foreseeable contamination of groundwater by the use of aqueous film-forming foam ("AFFF") products that contained per- and poly-fluoroalkyl substances ("PFAS"), including perfluoro octane sulfonate ("PFOS") and perfluorooctanoic acid ("PFOA").

2.      PFOS and PFOA are fluor surfactants that repel oil, grease, and water. PFOS, PFOA, and/or their chemical precursors, are or were components of AFFF products, which are firefighting suppressant agents used in training and firefighting activities for fighting Class B fires. Class B fires include fires involving hydrocarbon fuels such as petroleum or other flammable liquids.

3.      PFOS and PFOA are mobile, persist indefinitely in the environment, bioaccumulate in individual organisms and humans, and biomagnify up the food chain. PFOS and PFOA are also associated with multiple and significant adverse health effects in humans, including but not limited to kidney cancer, testicular cancer, high cholesterol, thyroid disease, ulcerative colitis, and pregnancy-induced hypertension.

4.      At various times from the 1960s through today, Defendants designed, manufactured, marketed, distributed, and/or sold AFFF products containing PFOS, PFOA, and/or their chemical precursors, and/or designed, manufactured, marketed, distributed, and/or sold the fluor surfactants and/or per fluorinated chemicals ("PFCs") contained in AFFF (collectively, "AFFF/Component Products").

4

5.       Defendants designed, manufactured, marketed, distributed, and/or sold AFFF/Component Products with the knowledge that these toxic compounds would be released into the environment during fire protection, training, and response activities, even when used as directed and intended by Defendants.

6.       Since its creation in the 1960s, AFFF designed, manufactured, marketed, distributed, and/or sold by Defendants, and/or that contained fluorosurfactants and/or PFCs designed, manufactured, marketed, distributed, and/or sold by Defendants, used as directed and intended by Defendants, and subsequently released into the environment during fire protection, training, and response activities, resulting in widespread PFAS contamination.

7.       Due to this contamination, Plaintiffs have suffered real personal injuries, bioaccumulation of PFAS in their bodies, property damage and the diminution in value of their properties as a result of the release of PFAS to their water supplies.

8.       Plaintiffs have suffered an assortment of diseases and medical conditions as a direct result of their exposure to the PFAS contamination of their water supply.

9.       Plaintiffs, as residents and those who visited, worked, or otherwise dwelled in the Site area, have been unknowingly exposed for many years to PFAS, including concentrations hazardous to their health.

10.      Plaintiffs' unwitting exposure to PFAS in their water supply as a result of the Defendants' conduct, is the direct and proximate cause of Plaintiffs' injuries.

11.      Plaintiffs' property has been damaged as a result of the presence of the PFAS in their water supply.

12.      Plaintiffs seek recovery from Defendants for injuries, damages, and losses suffered by the Plaintiffs as a result of exposure to the introduction of PFAS and other toxic

substance into their water supply, and then into their properties and bodies, in an amount to be determined at trial, exclusive of interest, costs, and attorneys' fees.

## JURISDICTION AND VENUE

13. This Court has jurisdiction because Defendant Dynax Corporation's principal place of business is located at 103 Fairview Park Drive, Elmsford, New York 10523.

14. Venue is proper in this District under CPLR §503 (a) because the events, omissions and harms that are the basis of Plaintiffs claims occurred in substantial party in this District.

15. This Court has personal jurisdiction over Defendants by virtue of each Defendants' regular and systematic contacts with New York, including, among other things, purposefully marketing, selling and/or distributing their AFFF/Component Products to and within New York, and because they have the requisite minimum contacts with New York necessary to constitutionally permit the Court to exercise jurisdiction over them consistent with traditional notions of fair play and substantial justice.

## PARTIES

### A. Plaintiffs

16. Plaintiff Douglas Tweed resides at P.O. Box 4014. Plaintiff was formerly stationed at Niagara Falls AFB (hereinafter the "Site") from 1986-1995 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Douglas Tweed's exposure, Plaintiff has been diagnosed with Colitis, Leukemia, Liver Problems.

17.     Plaintiff Angela Martin resides at 100 Earl St, Seaford, VA 23696. Plaintiff was formerly stationed at Lackland AFB (hereinafter the "Site") from 1981-2023 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Angela Martin's exposure, Plaintiff has been diagnosed with Colon Cancer, Prior Existing Condition - Exacerbation, Thyroid Disease, Ulcerative Colitis.

18.     Plaintiff James Phillip Mikles resides at 1226 Thompson Bay Loop, Scranton, AR 72863. Plaintiff was formerly stationed at Bergstrom AFB, Vietnam, Tatalina AFS (hereinafter the "Site") from 1969-1975 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff James Phillip Mikles's exposure, Plaintiff has been diagnosed with Kidney Cancer.

19.     Plaintiff Darlassa Garth resides at 4735 Forthbridge, Houston, TX 77084. Plaintiff was formerly stationed at RAF Lakenheath (hereinafter the "Site") from 1989-1991 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Darlassa Garth's exposure, Plaintiff has been diagnosed with High Cholesterol, Thyroid Abnormality.

7

2:23-cv-04180-RMG     Date Filed 07/28/23     Entry Number 1-1     Page 9 of 39

20.     Plaintiff William Quillin resides at 163 W Cherrybark Dr, Atoka, TN 38004. Plaintiff was formerly stationed at RAF Lakenheath (hereinafter the "Site") from 1989-1991 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff William Quillin's exposure, Plaintiff has been diagnosed with Hypothyroidism, Liver Problems.

21.     Plaintiff Glenn L. Rung resides at 5387 Rainbow Ln, Atwater, AL 95301. Plaintiff was formerly stationed at Lackland AFB, Lowery AFB, Kingsley AFB, Spangdahlem AB, Castle AFB, Kunsan AB (hereinafter the "Site") from 1973-1994 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Glenn L. Rung's exposure, Plaintiff has been diagnosed with Blood Cancer, High Blood Pressure, High Cholesterol, Hypothyroidism, Leukemia, Myeloma.

22.     Plaintiff Bertrand Miles resides at 111 Cooper St, Richlands, NC 28574. Plaintiff was formerly stationed at Alameda NB, Norfolk NS, Long Beach NS, Miami MEPS Stats, NWS Manchester, NSB Groton, Gaeta NB, USS Coral Sea NB, USS Savanag AOR 4 (hereinafter the "Site") from 1975-1994 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and

8

2:23-cv-04180-RMG    Date Filed 07/28/23    Entry Number 1-1    Page 10 of 39

proximate result of Plaintiff Bertrand Miles's exposure, Plaintiff has been diagnosed with High Cholesterol, Kidney and Bladder Problems, Kidney Cancer.

23.     Plaintiff Craig Bennett resides at 573 Brenford Station Rd, Smyrna, DE 19977. Plaintiff was formerly stationed at Fort Jackson, Fort Lee, Fort Benning, Fort Bragg (hereinafter the "Site") from 1986-1987 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Craig Bennett's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Prostate Cancer.

24.     Plaintiff Robin Reed resides at 115 Billy Mitchell Dr, Barskdale AFB, LA 71110. Plaintiff was formerly stationed at Barksdale AFB (hereinafter the "Site") from 2020-Present day and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Robin Reed's exposure, Plaintiff has been diagnosed with Fainting, Kidney and Bladder Problems, Thyroid Abnormality, Weight Loss.

25.     Plaintiff Jolyn S. Love resides at 930 Hoffman Rd NE, Salem, OR 97301. Plaintiff was formerly stationed at McCoy AFB, JB Charleston, NAS Pensacola, Base Naval de Rota, Hickam AFB (hereinafter the "Site") from 1977-1986 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years

9

to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Jolyn S. Love's exposure, Plaintiff has been diagnosed with High Cholesterol, Pregnancy Problems, Thyroid Disease.

26.     Plaintiff Lorenza Risley resides at 3829 County Rd 308, Orange Grove, TX 78372. Plaintiff was formerly stationed at Fort McClellan (hereinafter the "Site") from 1969-1970 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Lorenza Risley's exposure, Plaintiff has been diagnosed with High Cholesterol, Pregnancy Problems, Thyroid Disease.

27.     Plaintiff Nicholas Gunter resides at 313 Huston St, Cadillac, MI 49601. Plaintiff was formerly stationed at Fort Benning, Fort Dix, Walter Reed NMMC (hereinafter the "Site") from 2004-2010 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Nicholas Gunter's exposure, Plaintiff has been diagnosed with Ulcerative Colitis.

28.     Plaintiff Jerri Green resides at 25630 Patterson Rd, Robertsdale, AL 36567. Plaintiff was formerly stationed at NS Orlando, NS San Diego, NS Rota, Camp Lejeune (hereinafter the "Site") from 1986-1990 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water

10

containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Jerri Green's exposure, Plaintiff has been diagnosed with Fibromyalgia, High Blood Pressure, High Cholesterol, Pregnancy Problems, Thyroid Disease.

29.     Plaintiff Adam Kinder resides at 39 Myrtle St, River Rouge, MI 48218. Plaintiff was formerly stationed at Detroit Arsenal, USO Great Lakes, Pensacola NAS, Fort Benning, USS Antrim FFG 20, Great Lakes Homes (hereinafter the "Site") from 1993-2022 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Adam Kinder's exposure, Plaintiff has been diagnosed with High Cholesterol, Hypothyroidism, Thyroid Disease.

30.     Plaintiff Nicholas Leon resides at P.O. Box 597, Templeton, CA 93465. Plaintiff was formerly stationed at Camp Pendleton, Subic Bay (hereinafter the "Site") from 1978-1981 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Nicholas Leon's exposure, Plaintiff has been diagnosed with High Cholesterol, Hypothyroidism, Kidney Disease, Liver Problems, Pancreatic Cancer, Prostate Cancer.

31.     Plaintiff Clara R. Crawl-Martin resides at 7131 Silver Lake Blvd Apartment 326, Alexandria, VA 22315. Plaintiff was formerly stationed at Fort Richie, Fort McNear, Fort Belvoir,

11

Pentagon (hereinafter the "Site") from 1983-1986 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Clara R. Crawl-Martin's exposure, Plaintiff has been diagnosed with Breast Cancer, Fibroids, High Blood Pressure, High Cholesterol, Parkinsons Disease, Thyroid Disease, Ulcerative Colitis.

32.     Plaintiff Shep A. Surles resides at 2771 Hickory Trl, Snellville, GA 30078. Plaintiff was formerly stationed at Fort Jackson, Fort Gordon, Fort Monmouth, Germany, Restone Arsenal (hereinafter the "Site") from 1979-1986 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Shep A. Surles's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Prostate Cancer.

33.     Plaintiff Charles Flick resides at 8450 W 52nd Ave Apt 12, Arvada, CO 80002. Plaintiff was formerly stationed at RTC Great Lakes, NAS Meridian, NRRC Kansas City, NAS New Orleans, NAS Olathe (hereinafter the "Site") from 1993-1997 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Charles Flick's exposure,

Plaintiff has been diagnosed with Alcoholism, Depression, Graves' Disease, High Blood Pressure, Hyperthyroidism, Lung Disease, Medical Monitoring, Ulcerative Colitis.

34. Plaintiff LaMica Strong resides at 17 Persia St Apt 2, Buffalo, NY 14211. Plaintiff was formerly stationed at JB San Antonio-Lackland, Keesler AFB, Niagara Falls AFB, Lackland AFB, Keesler AFB (hereinafter the "Site") from 1997-1999 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff LaMica Strong's exposure, Plaintiff has been diagnosed with Autoimmune Disorders, Hyperthyroidism, Thyroid Disease.

35. Plaintiff Timothy Kurtz resides at 21 Pin Oak Dr, Texas City, TX 77591. Plaintiff was formerly stationed at Camp Pendleton, Camp Lejeune, MCRD San Diego, Camp Hansen (hereinafter the "Site") from 1975-1979 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Timothy Kurtz's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Myeloma.

36. Plaintiff Rebecca Moore resides at 11390 Havermale Rd, Farmerville, OH 45325. Plaintiff was formerly stationed at Langley AFB, Dover AFB, Wright-Patterson AFB, Scott AFB (hereinafter the "Site") from 1998-2014 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result

13

2:23-cv-04180-RMG          Date Filed 07/28/23          Entry Number 1-1          Page 15 of 39

of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Rebecca Moore's exposure, Plaintiff has been diagnosed with Bladder Cancer, Hyperthyroidism, Thyroid Abnormality, Thyroid Disease, Ulcerative Colitis.

37.     Plaintiff Alisha C. Cottrell resides at 4841 Cedarbrook Walk, Camarilo, CA 93012. Plaintiff was formerly stationed at NB Ventura County (hereinafter the "Site") from 1971-1972 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Alisha C. Cottrell's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Thyroid Cancer, Thyroid Disease.

38.     Plaintiff Darrel McInturss resides at 2216 Mayfield Ln, Seguin, TX 78155. Plaintiff was formerly stationed at Fort Hood, Fort Meade, Fort Bragg (hereinafter the "Site") from 1985-2010 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Darrel McInturss's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Medical Monitoring, Thyroid Disease.

39.     Plaintiff Daniel Frazier resides at P.O. Box 682, Kenansville, NC 28349. Plaintiff was formerly stationed at JEB Little Creek-Fort Story, Charleston NB (hereinafter the "Site") from 1978-1984 and was living on base during that time. While working on base, Claimant was exposed

to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Daniel Frazier's exposure, Plaintiff has been diagnosed with Colitis, Ulcerative Colitis.

40.     Plaintiff Edward Hemphill resides at 1901 Galveston St a 20, Grand Prairie, TX 75051. Plaintiff was formerly stationed at NTC Orlando, NAS Kingsville (hereinafter the "Site") from 1971-1973 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Edward Hemphill's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Testicular Cancer.

41.     Plaintiff Van L. Barr resides at 5155 Terraza Quintana, San Diego, CA 92124. Plaintiff was formerly stationed at Fort Carson (hereinafter the "Site") from 1965-1967 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Van L. Barr's exposure, Plaintiff has been diagnosed with Prostate Cancer.

42.     Plaintiff Edward Crosby resides at 1950 S US Hwy 301 Apt 701, Jesup, GA 31546. Plaintiff was formerly stationed at Fort Hood, Fort Bliss (hereinafter the "Site") from 1984-1991 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant

15

2:23-cv-04180-RMG     Date Filed 07/28/23     Entry Number 1-1     Page 17 of 39

has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Edward Crosby's exposure, Plaintiff has been diagnosed with High Cholesterol, Hypothyroidism.

43.     Plaintiff Airton Mandarino resides at 907 North Hazard Ave, Los Angeles, CA 90063. Plaintiff was formerly stationed at Fort Bliss, Fort Bragg, Fort Benning, Germany (hereinafter the "Site") from 1991-2010 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Airton Mandarino's exposure, Plaintiff has been diagnosed with Cancer, Thyroid Disease.

44.     Plaintiff Thomas L. Hawkins resides at 837 Dantignec St, Augusta, GA 30901. Plaintiff was formerly stationed at Norfolk NB, Charleston NB (hereinafter the "Site") from 1969-1971 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Thomas L. Hawkins's exposure, Plaintiff has been diagnosed with Graves' Disease, High Blood Pressure, High Cholesterol, Kidney Disease, Liver Problems, Thyroid Disease.

45.     Plaintiff Matthew Thompson resides at 3788 Token Rd, De Forest, WI 53532. Plaintiff was formerly stationed at Camp Lejeune MCRD Parris Island (hereinafter the "Site") from 1986-1989 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels

of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Matthew Thompson's exposure, Plaintiff has been diagnosed with Prostate Cancer.

46.     Plaintiff Sandra K. Hawley resides at 717 W. Apache St, Purcell, OK 73080. Plaintiff was formerly stationed at Plattsurgh AFB (hereinafter the "Site") from 1981-1985 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Sandra K. Hawley's exposure, Plaintiff has been diagnosed with Hashimotos Disease, Hypothyroidism, Thyroid Problems.

47.     Plaintiff Thomas Patten resides at 1202 McCord Ave, Chattanooga, TN 37404. Plaintiff was formerly stationed at Fort Lewis (hereinafter the "Site") from 1975-1976 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Thomas Patten's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Liver Problems, Non-Hodgkins Lymphoma.

48.     Plaintiff Paul A. Dros resides at 21135 W 6 Mile Rd, Franksville, WI 53126. Plaintiff was formerly stationed at NAWS China Lake (hereinafter the "Site") from 1961-1964 and was living on base during that time. While working on base, Claimant was exposed to PFAS

through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Paul A. Dros's exposure, Plaintiff has been diagnosed with Bladder Cancer.

49.     Plaintiff Sharon Jackson resides at 2200 Woodland Ave Apt 19, Ashland, KY 41101. Plaintiff was formerly stationed at Lackland AFB, Keesler AFB, England AFB (hereinafter the "Site") from 1980-1982 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Sharon Jackson's exposure, Plaintiff has been diagnosed with Emphysema, Headaches, Dizziness, Migraines, High Cholesterol, Thyroid Abnormality.

50.     Plaintiff Jack Pellerin resides at 2429 Concord Dr, Lousville, KY 40217. Plaintiff was formerly stationed at Fort Richardson, Fort Gordon, Fort Knox, Fort Jackson, South Korea, Vietnam (hereinafter the "Site") from 1962-1989 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Jack Pellerin's exposure, Plaintiff has been diagnosed with Bone Issues, High Blood Pressure, High Cholesterol, PTSD, Thyroid Disease.

51.     Plaintiff Gregory K. Ching resides at 5340 Victory Mine Rd, Placerville, CA 95667. Plaintiff was formerly stationed at Camp Pendleton, RAF St Mawgan, NAS Norfolk, Armed Forces Aero Club (hereinafter the "Site") from 1982-1991 and was living on base during

18

that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Gregory K. Ching's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Leukemia.

52.     Plaintiff Anne Sears resides at 600 Whispering Hills Dr Apt S8, Nashville, TN 37211. Plaintiff was formerly stationed at Camp Pendleton, MCB Quantico, Camp Lejeune (hereinafter the "Site") from 1956-1986 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Anne Sears's exposure, Plaintiff has been diagnosed with Kidney Cancer, Ovarian Cancer.

53.     Plaintiff Chester McCurdy resides at 65 Cody Ct, Taylorsville, KY 40071. Plaintiff was formerly stationed at Camp Pendleton (hereinafter the "Site") during 1979 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Chester McCurdy's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Prostate Cancer.

54.     Plaintiff Paul Spurlock resides at 7042 Calvary Wy, Corryton, TN 37721. Plaintiff was formerly stationed at USS Aludra AF-55 Homeport, US Naval Facility Ferndale (hereinafter

19

2:23-cv-04180-RMG       Date Filed 07/28/23       Entry Number 1-1       Page 21 of 39

the "Site") from 1965-1975 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Paul Spurlock's exposure, Plaintiff has been diagnosed with Bladder Cancer, High Blood Pressure, High Cholesterol, Mass - Bladder.

55.     Plaintiff Sandra Kieser resides at 64371 Hwy 3081 Lot 46, Pearl River, LA 70452. Plaintiff was formerly stationed at Keesler AFB (hereinafter the "Site") from 1979-1982 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Sandra Kieser's exposure, Plaintiff has been diagnosed with Asthma, Carpal Tunnel, COPD, Digestive Problems, Joints aching/pains, numbness, Liver Problems, Pregnancy Problems, Thyroid Problems.

56.     Plaintiff Richard WC Parker Jr. resides at 1544 East Elmira St, Aurora, CO 80010. Plaintiff was formerly stationed at a military base (hereinafter the "Site") from 1972-1975 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Richard WC Parker Jr.'s exposure, Plaintiff has been diagnosed with High Blood Pressure, High

Cholesterol, Hyperthyroidism, Kidney and Bladder Problems, Liver Cancer, Thyroid Disease, Thyroid Problems.

57.     Plaintiff Ronald K. Evans resides at 3716 Longridge Dr E, Mobile, AL 36693. Plaintiff was formerly stationed at Fort Jackson, Fort Sill, Germany (hereinafter the "Site") from 1972-1976 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Ronald K. Evans's exposure, Plaintiff has been diagnosed with Prostate Cancer.

58.     Plaintiff Michael J. Evans resides at P.O. Box 264, Drexel, NC 28619. Plaintiff was formerly stationed at Great Lakes NB, NB San Diego, New London, Mississippi, Saudi Arabia, San Diego, San Francisco, USS Fulton, Charleston NB, NOAA Pascagoula Dock (hereinafter the "Site") from 1979-1983 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Michael J. Evans's exposure, Plaintiff has been diagnosed with Liver Cancer.

59.     Plaintiff Charles Moon resides at 614 Lindsey Rd, Alexander City, AL 35010. Plaintiff was formerly stationed at Fort Jackson, Fort Gordon (hereinafter the "Site") from 1978-1980 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the

21

Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Charles Moon's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Prostate Cancer.

60.     Plaintiff Jessica Brozda resides at 614 Lindsey Rd, Alexander City, AL 35010. Plaintiff was formerly stationed at Camp Lejeune, Minot AFB, Fort Sam Houston (hereinafter the "Site") from 2011-2014 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Jessica Brozda's exposure, Plaintiff has been diagnosed with Sarcoma, Thyroid Cancer.

61.     Plaintiff Nelson Matias resides at 1205 Talbott Sq, USS San Diego, Naval Hospital Corps, Field Medical Service School Technique, Philadelphia, Camp Lejeune. Plaintiff was formerly stationed at Camp Lejeune, Minot AFB, Fort Sam Houston (hereinafter the "Site") from 1981-1985 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Nelson Matias's exposure, Plaintiff has been diagnosed with Hyperthyroidism, Leukemia, Myeloma.

62.     Plaintiff Dennis Smith resides at 164 Mallory Ln, Savannah, TN 38372. Plaintiff was formerly stationed at Homestead AFB, Fort Sam Houston, Fort St. Louis (hereinafter the "Site") from 1967-1969 and was living on base during that time. While working on base, Claimant

was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Dennis Smith's exposure, Plaintiff has been diagnosed with Diabetes, High Blood Pressure, Kidney Cancer, Parkinsons Disease.

63.    Plaintiff Henry Maye resides at 9227 Branch View Dr, Indianapolis, IN 46234. Plaintiff was formerly stationed at MCRD San Diego, MCAGCC Twentynine Palms, Camp Pendleton, Camp Hansen (hereinafter the "Site") from 1988-1989 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Henry Maye's exposure, Plaintiff has been diagnosed with Pregnancy Problems, Thyroid Cancer.

64.    Plaintiff Rosa L. Jefferson resides at 487 Bob White Rd, Macon, GA 31216. Plaintiff was formerly stationed at Fort Jackson, Fort Eustis, Fort Benning, Robins AFB (hereinafter the "Site") from 1974-2013 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Rosa L. Jefferson's exposure, Plaintiff has been diagnosed with High Blood Pressure, Pregnancy Problems, Ulcerative Colitis.

65.    Plaintiff Randy L. Engle resides at 1230 Bluestem Apt 3, Madison, KS 66860. Plaintiff was formerly stationed at Boot Camp Orlando, Flight Deck School Lakehurts,

2:23-cv-04180-RMG     Date Filed 07/28/23     Entry Number 1-1     Page 25 of 39

Firefighting School Philadelphia, USS Ranger, Pearl Harbor, Alameda NASS, San Diego, Dry Dock Bremerton (hereinafter the "Site") from 1973-1977 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Randy L. Engle's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Prostate Cancer.

66.     Plaintiff Christopher Wagner resides at 920 E Maiden St Apt 221, Washington, PA 15301. Plaintiff was formerly stationed at Fort Jackson, Fort Polk, Fort Knox, Fort Gordon Fort Bragg (hereinafter the "Site") from 1967-1970 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Christopher Wagner's exposure, Plaintiff has been diagnosed with Anxiety, COPD, Depression, Esophageal Cancer, High Cholesterol, Joints aching/pains, numbness, Memory Loss, Prostate Cancer, PTSD.

67.     Plaintiff Leonardo Matos resides at 222 Keddy St, Springfield, MA 01109. Plaintiff was formerly stationed at Camp Lejeune, Camp Pendleton, MCRD Parris Island (hereinafter the "Site") from 1995-1999 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and

24

proximate result of Plaintiff Leonardo Matos's exposure, Plaintiff has been diagnosed with Arthritis, Thyroid Problems.

68.     Plaintiff Rocco Morra resides at 37 Foxglove St, Browns Mills, NJ 08015. Plaintiff was formerly stationed at MCRD Parris Island, Camp Lejeune, Fort Dix (hereinafter the "Site") from 1966-1967 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Rocco Morra's exposure, Plaintiff has been diagnosed with Bladder Cancer, High Cholesterol, Prostate Cancer.

69.     Plaintiff Gregory Crawford resides at 3221 Erinwood Pl, Montgomery, AL 36110. Plaintiff was formerly stationed at Norfolk NS, NAS Pensacola, NS Mayport (hereinafter the "Site") from 1979-1986 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Gregory Crawford's exposure, Plaintiff has been diagnosed with High Blood Pressure, High Cholesterol, Ulcerative Colitis.

70.     Plaintiff Craig Barras resides at 480 Reynolds Ln, Vidor, TX 77662. Plaintiff was formerly stationed at Fort Polk, Fort Leonard Wood, Italy (hereinafter the "Site") from 1987-2000 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site,

including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Craig Barras's exposure, Plaintiff has been diagnosed with High Cholesterol, Ulcerative Colitis, Ulcers.

71.     Plaintiff Jerry Nichols resides at 17618 Harland Ave, Cleveland, OH 44119. Plaintiff was formerly stationed at Camp Lejeune, MCRD Parris Island, Iceland, Camp Geiger (hereinafter the "Site") from 1984-1988 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Jerry Nichols's exposure, Plaintiff has been diagnosed with Heart Attack, High Blood Pressure, High Cholesterol, Thyroid Disease.

72.     Plaintiff Ramon Armendariz resides at 1710 North A St Apt 18, Midland, TX 79705. Plaintiff was formerly stationed at Camp Lejeune, MCB Quantico, MCAS Beaufort (hereinafter the "Site") from 1975-1980 and was living on base during that time. While working on base, Claimant was exposed to PFAS through daily activity and regularly consumed water containing elevated levels of PFAS. Claimant has been exposed for many years to PFAS as a result of the PFAS contamination at the Site, including at concentrations hazardous to their health. As a direct and proximate result of Plaintiff Ramon Armendariz's exposure, Plaintiff has been diagnosed with High Cholesterol, Testicular Cancer.

**B.      Defendants**

73.     The term "Defendants" refers to all Defendants named herein jointly and severally.

        i.      The AFFF Defendants

74.     The term **"AFFF Defendants"** refers collectively to Defendants 3M Company, Amerex Corporation, Buckeye Fire Equipment Company, Carrier Fire & Security Americas

Corporation, Carrier Fire & Security Corporation, Carrier Global Corporation, Chemguard Inc.,

National Foam, Inc., and Tyco Fire Products L.P.

75.     **Defendant The 3M Company f/k/a Minnesota Mining and Manufacturing Co.**

**("3M")** is a corporation organized and existing under the laws of the State of Delaware, with its

principal place of business located at 3M Center, St. Paul, Minnesota 55144-1000.

76.     Beginning before 1970 and until at least 2002, 3M designed, manufactured,

marketed, distributed, and sold AFFF containing PFAS, including but not limited to PFOA and

PFOS.

77.     **Defendant Amerex Corporation ("Amerex")** is a corporation organized and

existing under the laws of the State of Alabama, with its principal place of business located at 7595

Gadsden Highway, Trussville, AL 35173.

78.     Amerex is a manufacturer of firefighting products. Beginning in 1971, it was a

manufacturer of hand portable and wheeled extinguishers for commercial and industrial

applications.

79.     In 2011, Amerex acquired Solberg Scandinavian AS, one of the largest

manufacturers of AFFF products in Europe.

80.     On information and belief, beginning in 2011, Amerex designed, manufactured,

marketed distributed, and sold AFFF containing PFAS, including but not limited to PFOA and

PFOS.

81.     **Defendant Tyco Fire Products LP ("Tyco")** is a limited partnership organized

under the laws of the State of Delaware, with its principal place of business located at One Stanton

Street, Marinette, Wisconsin 54143-2542.

27

82.    Tyco is the successor in interest of The Ansul Company ("Ansul"), having acquired Ansul in 1990.

83.    Beginning in or around 1975, Ansul designed, manufactured, marketed, distributed, and sold AFFF containing PFAS, including but not limited to PFOA and PFOS.

84.    After Tyco acquired Ansul in 1990, Tyco/Ansul continued to design, manufacture, market, distribute, and sell AFFF products containing PFAS, including but not limited to PFOA and PFOS.

85.    **Defendant Chemguard, Inc. ("Chemguard")** is a corporation organized under the laws of the State of Texas, with its principal place of business located at One Stanton Street, Marinette, Wisconsin 54143.

86.    On information and belief, Chemguard designed, manufactured, marketed, distributed, and sold AFFF products containing PFAS, including but not limited to PFOA and PFOS.

87.    On information and belief, Chemguard was acquired by Tyco International Ltd. in 2011.

88.    On information and belief, Tyco International Ltd. later merged into its subsidiary Tyco International plc in 2014 to change its jurisdiction of incorporation from Switzerland to Ireland.

89.    **Defendant Buckeye Fire Equipment Company ("Buckeye")** is a corporation organized under the laws of the State of Ohio, with its principal place of business located at 110 Kings Road, Kings Mountain, North Carolina 28086.

90.    On information and belief, Buckeye designed, manufactured, marketed, distributed, and sold AFFF products containing PFAS, including but not limited to PFOA and PFOS.

28

2:23-cv-04180-RMG        Date Filed 07/28/23        Entry Number 1-1        Page 30 of 39

91.     **Defendant National Foam, Inc. ("National Foam")** is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 141 Junny Road, Angier, North Carolina 27501.

92.     Beginning in or around 1973, National Foam designed, manufactured, marketed, distributed, and sold AFFF containing PFAS, including but not limited to PFOA and PFOS.

93.     On information and belief, National Foam currently manufactures the Angus brand of AFFF products and is a subsidiary of Angus International Safety Group.

94.     On information and belief, National Foam merged with Chubb Fire Ltd. to form Chubb National Foam, Inc. in or around 1988.

95.     On information and belief, Chubb is or has been composed of different subsidiaries and/or divisions, including but not limited to, Chubb Fire & Security Ltd., Chubb Security, PLC, Red Hawk Fire & Security, LLC, and/or Chubb National Foam, Inc. (collectively referred to as "Chubb").

96.     On information and belief, Chubb was acquired by Williams Holdings in 1997.

97.     On information and belief, Angus Fire Armour Corporation had previously been acquired by Williams Holdings in 1994.

98.     On information and belief, Williams Holdings was demerged into Chubb and Kidde P.L.C. in or around 2000.

99.     On information and belief, when Williams Holdings was demerged, Kidde P.L.C. became the successor in interest to National Foam System, Inc. and Angus Fire Armour Corporation.

100.    On information and belief, Kidde P.L.C. was acquired by United Technologies Corporation in or around 2005.

29

101.    On information and belief, Angus Fire Armour Corporation and National Foam separated from United Technologies Corporation in or around 2013.

102.    **Defendant Carrier Fire & Security Americas Corporation ("Carrier F&S Americas")** is a corporation organized under the laws of the State of Delaware, with its principal place of business at 13995 Pasteur Blvd, Palm Beach Gardens, Florida 33418-7231.

103.    On information and belief, Kidde-Fenwal, Inc. was an operating subsidiary of Kidde P.L.C. and manufactured AFFF following Kidde P.L.C.'s acquisition by United Technologies Corporation.  Kidde-Fenwal, Inc. was also the entity that divested the AFFF business unit now operated by National Foam in 2013.

104.    On May 14, 2023, Kidde-Fenwal, Inc. filed a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101—1532, in the United States Bankruptcy Court for the District of Delaware.

105.    In its voluntary petition, Kidde-Fenwal, Inc. identified Kidde Fire Protection, Inc., a holding company organized under the laws of the State of Delaware, as its parent company and the owner of 100% of its common stock.

106.    On information and belief, Kidde Fire Protection, Inc. is a wholly owned subsidiary of Carrier F&S Americas, making Carrier F&S Americas the indirect owner of Kidde-Fenwal, Inc. via a holding company.

107.    **Defendant Carrier Fire & Security Corporation ("Carrier F&S")** is a corporation organized under the laws of the State of Delaware, with its principal place of business at 13995 Pasteur Blvd, Palm Beach Gardens, Florida 33418-7231.

108.    On information and belief, Carrier F&S Americas is a wholly owned subsidiary of Kidde US Holdings Inc., a holding company organized under the laws of the State of Delaware.

109.    On information and belief, Kidde US Holdings Inc. is a wholly owned subsidiary of Carrier F&S, making Carrier F&S the indirect owner of Carrier F&S Americas via a holding company.

110.    **Defendant Carrier Global Corporation ("Carrier Global")** is a corporation organized under the laws of the State of Delaware, with its principal place of business at 13995 Pasteur Boulevard, Palm Beach Gardens, Florida 33418.

111.    On information and belief, Carrier Global was formed in March 2020 when United Technologies Corporation spun off its fire and security business before it merged with Raytheon Company in April 2020.

112.    On information and belief, UTC Fire & Security Americas Corporation and UTC Fire & Security Corporation became subsidiaries of Carrier Global when United Technologies Corporation spun off its fire and security business in March 2020.

113.    In September 2020, UTC Fire & Security Americas Corporation and UTC Fire & Security Corporation changed their names to Carrier Fire & Security Americas Corporation and Carrier Fire & Security Corporation, respectively.

114.    On information and belief, Carrier became the ultimate corporate parent and owner of Kidde-Fenwal, Inc., Kidde Fire Protection, Inc., Carrier F&S Americas, Kidde US Holdings Inc., and Carrier F&S when United Technologies Corporation spun off its fire and security business in March 2020.

115.    On information and belief, the AFFF Defendants designed, manufactured, marketed, distributed, and sold AFFF products containing PFOS, PFOA, and/or their chemical precursors that were stored, handled, used, trained with, tested equipment with, otherwise discharged, and/or disposed at the Sites.

31

ii.     The Fluorosurfactant Defendants

116.     The term **"Fluorosurfactant Defendants"** refers collectively to Defendants 3M,

Arkema Inc., ChemDesign Products Incorporated, Chemguard Inc., Deepwater Chemicals, Inc.,

E.I. DuPont de Nemours and Company, The Chemours Company, The Chemours Company FC,

LLC, DuPont de Nemours Inc., and Dynax Corporation.

117.     **Defendant Arkema Inc.** is a corporation organized and existing under the laws of

Pennsylvania, with its principal place of business at 900 First Avenue, King of Prussia, PA 19406.

118.     Arkema Inc. develops specialty chemicals and polymers.

119.     Arkema, Inc. is an operating subsidiary of Arkema France, S.A.

120.     On information and belief, Arkema Inc. designed, manufactured, marketed,

distributed, and sold fluorosurfactants containing PFOS, PFOA, and/or their chemical precursors

for use in AFFF products.

121.     **Defendant ChemDesign Products Inc. ("ChemDesign")** is a corporation

organized under the laws of Delaware, with its principal place of business located at 2 Stanton

Street, Marinette, WI, 54143.

122.     On information and belief, ChemDesign designed, manufactured, marketed,

distributed, and sold fluorosurfactants containing PFOS, PFOA, and/or their chemical precursors

for use in AFFF products

123.     **Defendant Deepwater Chemicals, Inc. ("Deepwater")** is a corporation organized

under the laws of Delaware, with its principal place of business located at 196122 E County Road

40, Woodward, OK, 73801.

124.     On information and belief, Deepwater Chemicals designed, manufactured,

marketed, distributed, and sold fluorosurfactants containing PFOS, PFOA, and/or their chemical

precursors for use in AFFF products

32

125.    **Defendant Dynax Corporation ("Dynax")** is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 103 Fairview Park Drive, Elmsford, New York 10523.

126.    On information and belief, Dynax entered into the AFFF market on or about 1991 and quickly became a leading global producer of fluorosurfactants and fluorochemical stabilizers containing PFOS, PFOA, and/or their chemical precursors.

127.    On information and belief, Dynax designed, manufactured, marketed, distributed, and sold fluorosurfactants and fluorochemical stabilizers containing PFOS, PFOA, and/or their chemical precursors for use in AFFF products.

128.    **Defendant E.I. du Pont de Nemours & Company ("DuPont")** is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 974 Centre Road, Wilmington, Delaware 19805.

129.    **Defendant The Chemours Company ("Chemours Co.")** is a limited liability company organized under the laws of the State of Delaware, with its principal place of business located at 1007 Market Street, P.O. Box 2047, Wilmington, Delaware, 19899.

130.    In 2015, DuPont spun off its performance chemicals business to Chemours Co., along with vast environmental liabilities which Chemours Co. assumed, including those related to PFOS and PFOA and fluorosurfactants.  On information and belief, Chemours Co. has supplied fluorosurfactants containing PFOS and PFOA, and/or their chemical precursors to manufacturers of AFFF products.

131.    On information and belief, Chemours Co. was incorporated as a subsidiary of DuPont as of April 30, 2015.  From that time until July 2015, Chemours Co. was a wholly-owned subsidiary of DuPont.

33

132.    In July 2015, DuPont spun off Chemours Co. and transferred to Chemours Co. its "performance chemicals" business line, which includes its fluoroproducts business, distributing shares of Chemours Co. stock to DuPont stockholders, and Chemours Co. has since been an independent, publicly-traded company.

133.    **Defendant The Chemours Company FC, LLC ("Chemours FC")** is a limited liability company organized under the laws of the State of Delaware, with its principal place of business located at 1007 Market Street, Wilmington, Delaware, 19899.

134.    **Defendant Corteva, Inc. ("Corteva")** is a corporation organized and existing under the laws of Delaware, with its principal place of business at 974 Centre Rd., Wilmington, Delaware 19805.

135.    **Defendant Dupont de Nemours Inc. f/k/a DowDuPont, Inc. ("Dupont de Nemours Inc.")** is a corporation organized and existing under the laws of Delaware, with its principal place of business at 974 Centre Road, Wilmington, Delaware 19805 and 2211 H.H. Dow Way, Midland, Michigan 48674.

136.    On June 1, 2019, DowDuPont separated its agriculture business through the spin-off of Corteva.

137.    Corteva was initially formed in February 2018. From that time until June 1, 2019, Corteva was a wholly-owned subsidiary of DowDuPont.

138.    On June 1, 2019, DowDuPont distributed to DowDuPont stockholders all issued and outstanding shares of Corteva common stock by way of a pro-rata dividend. Following that distribution, Corteva became the direct parent of E. I. Du Pont de Nemours & Co.

139.    Corteva holds certain DowDuPont assets and liabilities, including DowDuPont's agriculture and nutritional businesses.

2:23-cv-04180-RMG    Date Filed 07/28/23    Entry Number 1-1    Page 36 of 39

140.    On June 1, 2019, DowDuPont, the surviving entity after the spin-off of Corteva and of another entity known as Dow, Inc., changed its name to DuPont de Nemours, Inc., to be known as DuPont ("New DuPont"). New DuPont retained assets in the specialty products business lines following the above-described spin-offs, as well as the balance of the financial assets and liabilities of E.I DuPont not assumed by Corteva.

141.    Defendants E. I. Du Pont de Nemours and Company; The Chemours Company; The Chemours Company FC, LLC; Corteva, Inc.; and DuPont de Nemours, Inc. are collectively referred to as "DuPont" throughout this Complaint.

142.    On information and belief, DuPont designed, manufactured, marketed, distributed, and sold fluorosurfactants containing PFOS, PFOA, and/or their chemical precursors for use in AFFF products.

143.    On information and belief, 3M and Chemguard also designed, manufactured, marketed, distributed, and sold fluorosurfactants containing PFOS, PFOA, and/or their chemical precursors for use in AFFF products.

144.    On information and belief, the Fluorosurfactant Defendants designed, manufactured, marketed, distributed, and sold fluorosurfactants containing PFOS, PFOA, and/or their chemical precursors for use in AFFF products that were stored, handled, used, trained with, tested equipment with, otherwise discharged, and/or disposed at the Sites.

iii.    <u>The PFC Defendants</u>

145.    The term **"PFC Defendants"** refers collectively to 3M, AGC, Inc., AGC Chemicals Americas Inc., Archroma U.S. Inc., ChemDesign Products Inc., Chemicals, Inc., Clariant Corporation, Deepwater Chemicals, Inc., E. I. DuPont de Nemours and Company, The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., DuPont de Nemours Inc., and Nation Ford Chemical Company.

35

146.    **Defendant AGC, Inc. ("AGC")**, f/k/a Asahi Glass Co., is a corporation organized under the laws of Japan that does business throughout the United State and has its principal place of business at 1-5-1, Marunouchi, Chiyoda-ku, Tokyo 100-8405 Japan.

147.    On information and belief, AGC was founded more than a hundred years ago and was the first Japanese producer of sheet glass.

148.    On information and belief, AGC expanded its operations in the 1960s by developing a fluorochemical business segment that sold products such as the water and  oil repellent agents AsahiGuard and fluoropolymer film F-CLEAN.

149.    On information and belief, AGC designed, manufactured, marketed, distributed, and sold PFCs containing PFOS, PFOA, and/or their chemical precursors for use in manufacturing the fluorosurfactants used in AFFF products.

150.    **Defendant AGC Chemicals Americas, Inc. ("AGC")** is a corporation organized and existing under the laws of Delaware, having its principal place of business at 55 East Uwchlan Avenue, Suite 201, Exton, PA 19341.

151.    On information and belief, AGC Chemicals Americas, Inc. was formed in 2004 and is a subsidiary of AGC Inc., a foreign corporation organized under the laws of Japan, with its principal place of business in Tokyo, Japan.

152.    AGC manufactures specialty chemicals.  It offers glass, electronic displays, and chemical products, including resins, water and oil repellants, greenhouse films, silica additives, and various fluorointermediates.

153.    On information and belief, AGC designed, manufactured, marketed, distributed, and sold PFCs containing PFOS, PFOA, and/or their chemical precursors for use in manufacturing the fluorosurfactants used in AFFF products.

2:23-cv-04180-RMG        Date Filed 07/28/23        Entry Number 1-1        Page 38 of 39

154.    **Defendant Archroma U.S., Inc. ("Archroma")** is a corporation organized and existing under the laws of Delaware, with its a principal place of business at 5435 77 Center Drive, Charlotte, North Carolina 28217.

155.    On information and belief, Archroma was formed in 2013 when Clariant Corporation divested its textile chemicals, paper specialties, and emulsions business to SK Capital Partners.

156.    On information and belief, Archroma designed, manufactured, marketed, distributed, and sold PFCs containing PFOS, PFOA, and/or their chemical precursors for use in manufacturing the fluorosurfactants used in AFFF products.

157.    **Defendant Chemicals, Inc. ("Chemicals, Inc.")** is a corporation organized and existing under the laws of Texas, with its principal place of business located at 12321 Hatcherville, Baytown, TX 77520.

158.    On information and belief, Chemicals, Inc. supplied PFCs containing PFOS, PFOA, and/or their chemical precursors for use in manufacturing the fluorosurfactants used in AFFF products.

159.    **Defendant Clariant Corporation ("Clariant")** is a corporation organized and existing under the laws of New York, with its principal place of business at 4000 Monroe Road, Charlotte, North Carolina 28205.

160.    On information and belief, Clariant is the successor in interest to the specialty chemicals business of Sandoz Chemical Corporation ("Sandoz").  On information and belief, Sandoz spun off its specialty chemicals business to form Clariant in 1995.

161.    On information and belief, Clariant supplied PFCs containing PFOS, PFOA, and/or their chemical precursors for use in manufacturing the fluorosurfactants used in AFFF products.

162.    **Defendant Nation Ford Chemical Co. ("Nation Ford")** is a corporation organized and existing under the laws of South Carolina, with its principal place of business located at 2300 Banks Street, Fort Mill, SC 29715.

163.    On information and belief, Nation Ford supplied PFCs containing PFOS, PFOA, and/or their chemical precursors for use in manufacturing the fluorosurfactants used in AFFF products.

164.    On information and belief, 3M, ChemDesign, Deepwater Chemicals, and DuPont also supplied PFCs containing PFOS, PFOA, and/or their chemical precursors for use in manufacturing the fluorosurfactants used in AFFF products.

165.    On information and belief, the Fluorochemical Defendants supplied PFCs containing PFOS, PFOA, and/or their chemical precursors for use in manufacturing the fluorosurfactants used in AFFF products that were stored, handled, used, trained with, tested equipment with, otherwise discharged, and/or disposed at the Sites.

iv.    Doe Defendants 1-20

166.    Doe Defendants 1-20 are unidentified entities or persons whose names are presently unknown and whose actions, activities, omissions   (a) may have permitted, caused and/or contributed to the contamination of Plaintiff's water sources or supply wells; or (b) may be vicariously responsible for entities or persons who permitted, caused and/or contributed to the contamination of Plaintiff's water sources or supply wells;  or (c) may be successors in interest to entities or persons who permitted, caused and/or permitted , contributed to the contamination of Plaintiff's water sources or supply wells. After reasonable search and investigation to ascertain the Doe Defendants actual names, the Doe Defendants' actual identities are unknown to Plaintiff as they are not linked with any of the Defendants on any public source.